# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS BRUNSEN, | ) | 3:19-cv-00608-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | December 28, 2020 |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Carol Alley,** who is no longer an employee of the Nevada Department of Corrections (ECF No. 15).  However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 16).  If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Carol Alley, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for **Carol Alley** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 16).  The Clerk shall also send one (1) copy of Plaintiff's Complaint (ECF No. 5), one (1) copy of the court's screening order (ECF No. 4), and one (1) copy of this order to the U.S. Marshal for service on the Defendant.  The Clerk shall also send to Plaintiff one (1) USM-285 form.  Plaintiff shall have until **Friday, January 29, 2021,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant Carol Alley may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  <u>      /s/                              </u>
    Deputy Clerk