AARON D. FORD
 Attorney General
CHRIS DAVIS (Bar No. 6616)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, Michael Minev,*
*Martin Naughton, and Carol Alley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BRUNSEN,<br><br>  Plaintiff,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>  Defendants. | Case No.  3:19-cv-00608-MMD-WGC<br><br>**ORDER GRANTING<br>STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants Isidro Baca, Michael Minev, Martin Naughton, and Carol Alley, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, and Plaintiff Thomas Brunsen, by and through counsel, Ryan A. Hamilton, Esq, of Hamilton Law, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action, including all claims against all parties, be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

1

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

| | |
|---|---|
| HAMILTON LAW | AARON D. FORD<br>Attorney General |
| By: */s/Ryan A. Hamilton*<br>    Ryan A. Hamilton, Esq, Bar No. 11587<br>    *Attorneys for Plaintiff-Appellant* | By: */s/ Chris Davis*<br>    Chris Davis, Bar No. 6166<br>    Senior Deputy Attorney General<br>    *Attorneys for Defendants-Appellees* |
| Dated: April 29, 2024 | Dated: June 17, 2024 |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** August 30, 2024